**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRYAN GRELL, et al.,

        Plaintiffs,

vs.                                      Case No. 3:05-cv-1237-J-32HTS

BANK OF AMERICA CORPORATION, etc.,

        Defendant.

## **ORDER**[1]

This case is before the Court for determination of an appropriate amount of sanctions following a January 11, 2007 hearing (Doc. 32) and January 12, 2007 Order (Doc. 33) in which the Court found plaintiffs' Motion for Sanctions (Doc. 23) was due to be granted to the extent that the Court would award plaintiffs certain of their attorneys' fees as a sanction for defendant's discovery violation.[2] Pursuant to the Court's direction, plaintiffs have now filed an affidavit of fees and costs (Doc. 35) and defendant has filed a response (Doc. 36). Under both Fed.R.Civ.P. Rule 37(d) and its own inherent powers, the Court exercises broad discretion in imposing sanctions. The Court declines to require defendant to pay the entire amount of $24,585.00 requested by plaintiffs, finding it to be excessive. Upon consideration, the Court finds that a total fee award of **$7,500.00** is reasonable as a sanction in this

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

[2] Pursuant to the Court's findings filed in support of its January 12, 2007 Order, certain evidentiary rulings have also been made as allowances for the discovery violation. See Doc. 33, attached findings.

circumstance.  Defendant shall tender this sum to counsel for plaintiffs no later than **April 6, 2007**.

   **DONE AND ORDERED** at Jacksonville, Florida this 8th day of March, 2007.

                                                    _____
                                                    TIMOTHY J. CORRIGAN
                                                    United States District Judge

s.
Copies:

counsel of record